GREGORY D. WOLFLICK, ESQ., SB# 108699
DAVID B. SIMPSON, SB# 106326
WOLFLICK & SIMPSON
130 North Brand Boulevard
Suite 410
Glendale, California 91203
Telephone: (818) 243-8300
Facsimile: (818) 243-0122

Attorneys for Defendants
DREYER'S GRAND ICE CREAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY WALKER, JAMES ALEXANDER<br><br>Plaintiffs,<br><br>vs.<br><br>DREYER'S GRAND ICE CREAM CO., INC.<br><br>Defendants. | CASE NO.: CV- 06-04354 PJH<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Plaintiff, Danny Walker and Defendant Dreyer's Grand Ice Cream, Co., Inc., by and through their respective counsel, hereby stipulate, and pursuant to the Stipulation request the Court's approval to the following:

1. Pursuant to F.R.C.P. 41(a) the parties hereby voluntarily dismiss with prejudice the entire action as to all parties and all claims, with all parties bearing their own costs and attorney's fees.

1

**STIPULATED DISMISSAL WITH PREJUDICE; AND ORDER THEREON**

Respectfully submitted

WOLFLICK & SIMPSON

DATED: January 22, 2008

BY: _____
GREGORY D. WOLFLICK, ESQ.
Attorneys for Defendant,
DREYER'S GRAND ICE CREAM CO., INC.

DATED: January 22, 2008

LAW OFFICES OF MARYLON M. BOYD

BY: _____
Marylon M. Boyd

MARYLON M. BOYD
Attorney for Plaintiff,
DANNY WALKER

**IT IS SO ORDERED.**

The parties having stipulated, the entire action is hereby dismiss with prejudice, as to all parties and all claims, all parties to bear their own costs and attorney's fees.

DATED: January 28 2008

_____
Hon. Phyllis J. Hamilton
United States District

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*